UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YARA VALLEJOS,

     Plaintiff,

v.                                                                          Case No: 8:19-cv-429-T-36CPT

CDL CHILDCARE INC. and CHAD
LOCICERO,

     Defendants.
_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on May 24, 2019 (Doc. 26). In the Report and Recommendation, Magistrate Judge Tuite recommends that the Court grant the parties' Joint Stipulation and Motion to Approve Revised Settlement and for Dismissal with Prejudice (Doc. 25). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). On May 30, 2019, the parties filed a Joint Notice of No Objection to Magistrate's Report and Recommendation (Doc. 27).

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 26) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     The parties' Joint Stipulation and Motion to Approve Revised Settlement and for

Dismissal with Prejudice (Doc. 25) is **GRANTED.** The Settlement (Doc. 25 - Ex.

1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide

dispute.

(3)     This action is **DISMISSED**, with prejudice.

(4)     The Clerk is directed to terminate all pending motions and deadlines and close this

file.

**DONE AND ORDERED** in Tampa, Florida on June 5, 2019.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record